JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JACOB WILCOX, | ) | NO. ED CV 21-1386-MCS(E) |
| Petitioner, | ) | |
| v. | ) | JUDGMENT |
| RON GODWIN (ACTING) WARDEN - PLEASANT VALLEY S.P., | ) | |
| Respondent. | ) | |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and dismissed without prejudice.

DATED: December 28, 2021

*Mark C. Scarsi*

MARK C. SCARSI
UNITED STATES DISTRICT JUDGE